WHEREAS, the Director of the Office of Lawyers Professional Responsibility has filed a petition for disciplinary action alleging that respondent Richard W. Johnson has committed unprofessional conduct, namely numerous trust and business account violations including commingling of funds, misappropriation of client funds most of which have been repaid, and failure to maintain required books and records for the accounts; and

WHEREAS, respondent has waived his right to answer the petition and admits the allegations, has waived his rights pursuant to Rule 14, Rules on Lawyers Professional Responsibility, and has entered into a stipulation with the Director in which they jointly recommend disbarment as appropriate discipline, together with payment of $900 in costs and compliance with Rules 26 and 27, including removing himself as a signatory on all client trust accounts; and

WHEREAS, this court has independently reviewed the record and agrees with the jointly recommended disposition of this matter,

IT IS HEREBY ORDERED that Richard W. Johnson is disbarred and is ordered to pay the Director $900 in costs.

BY THE COURT:

/s/ <u>Alan C. Page</u>
Alan C. Page
Associate Justice

---

Joseph L. PETERS, Respondent,

v.

**TEBBEN MANUFACTURING COMPANY and State Fund Mutual Insurance Company, Relators.**

No. C0–97–685.

Supreme Court of Minnesota.

June 27, 1997.

Ann E. Kevlin, Eden Prairie, for Relator.

DeAnna M. McCashin, Alexandria, for Respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 13, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:

/s/ <u>Alan C. Page</u>
Alan C. Page
Associate Justice

Scott C. ENGLUND, Respondent,

v.

**MN CA PARTNERS/MN JOINT VENTURES, d/b/a Radisson Hotel South, petitioner, Appellant.**

No. C7–96–852.

Supreme Court of Minnesota.

July 10, 1997.

## ORDER

WHEREAS, the opinion filed in the above-entitled matter on this date is hereby withdrawn; NOW THEREFORE,

IT IS HEREBY ORDERED that, the court having been evenly divided, the decision of the court of appeals is affirmed without opinion.

BY THE COURT:

/s/ Alexander M. Keith
A.M. Keith
Chief Justice

BLATZ, J., took no part in the consideration or decision of this case.